## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Peter E. Tavani                                    CHAPTER 13

                        Debtor(s)

                                                          BKY. NO. 21-11689 MDC


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Carisbrook Asset Holding Trust and index same on the master mailing list.


                                    Respectfully submitted,


                                    /s/ Rebecca Solarz
                                    Rebecca Solarz
                                    06 Jul 2021, 16:41:40, EDT


                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322