## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :  NO.  21-11689
Petr E. Tavani                                  :
                                                :  CHAPTER 13

### CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the Chapter 13

Plan upon all creditors and the U.S. Trustee, by electronic mail and/or first class mail,

postage prepaid on July 30, 2021.

July 30, 2021                          /s/ Michael P. Kelly
                                       Michael P. Kelly, Esquire
                                       Attorney for Debtor(s)
                                       Suite 202 - Penn's Square
                                       402 Middletown Blvd.
                                       Langhorne, PA    19047
                                       (215) 741-1100
                                       fax (215) 741-4029
                                       email:  mpk@cowanandkelly.com

Bank of America
PO Box 982284
El Paso, TX 79998-2284

Carisbrook Asset Holding Trust
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106-1541

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Glenhardie Condo Assoc
C/O Pennco Management
PO Box 1119
Chadds Ford, PA 19317-0658

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LJ Ross & Associates
Attn: Bankruptcy
4 Universal Way, Po Box 6099
Jackson, MI 49204-6099

Lynch Law Group
501 Smith Drive
Suite 3
Cranberry Twp, PA 16066-4133

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Pa. Department of Revenue
PO Box 280501
Harrisburg, PA 17128-0501

Penns Courts Property Association
Binder & Canno LLC
803 W Market Street
West Chester, PA 19382-1953

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RoundPoint Mortgage Servicing Corporation
446 Wrenplace Road
Fort Mill, SC 29715-0200

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161-0244

Tredyffrin/Easttown School District
PO Box 3020
Norristown, PA 19404-3020

US Bank NA
C/OSN Servicing Corporation
323 5th Street
Eureka, CA 95501-0305

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106-2908

Wells Fargo Small Business Lending
PO Box 29482
Phoenix, AZ 85038-9482

MICHAEL P. KELLY
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047

Peter E. Tavani
127 Liberty Drive
Newtown, PA 18940-1147

WILLIAM C. MILLER, Esq.
Office of the Chapter 13 Standing Truste
P.O. Box 40837
Philadelphia, PA 19107-0837