UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Peter E. Tavani
       Bankruptcy No.  21-11689-mdc
       Chapter 13

Date:   August 2, 2021

To:  MICHAEL P. KELLY
     Cowan & Kelly
     202 Penns Square
     Langhorne, PA 19047

## NOTICE OF INACCURATE FILING

Re:  **Chapter 13 Statement of Your Current Monthly Income and Chapter 13 Calculation of Your Disposable Income Form 122C-2**

The above pleading was filed in this office on **July 30, 2021.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )   Debtor's name does not match case number listed
- ( )   Debtor's name and case number are missing
- ( )   Wrong PDF document attached
- ( )   PDF document  not legible
- ( )   Notice of Motion/Objection
- (**X**)   Electronic Signatures missing -  **Please e-mail the corrected PDF documents.  Please do no re-file**
- ( )   Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **Sara_roman@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  /s/ Sara I. Roman
Deputy Clerk