UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

PETER E TAVANI

NO. 21-11689 MDC
CHAPTER 13

ENTRY OF APPEARANCE FOR GLENHARDIE CONDOMINIUM
ASSOCIATION AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for Glenhardie Condominium Association provide notices as required by Bankruptcy Rule 2002 and ED PA Local Rule 3015-1(b).

August 4, 2021

GERSHMAN LAW OFFICES, PC

_____
Howard Gershman
610 York Road, Suite 200
Jenkintown, PA 19046
Tel:  215.886.1120
Fax  215.886.1118
howard@gershman-law.com

Copies served this date upon:

William C. Miller, Trustee
P.O. 1229
Philadelphia, PA 19105

Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, Pa 19047

CAB FMCC Entry MDC 13