**Zaveta Home Services, LLC**
4030 SKYRON DRIVE, SUITE H
DOYLESTOWN, PA 18902
(215) 348-0882
(215) 348-8025 FAX
www.zaveta.com

Payroll Direct Deposit Pay Stub:  Non-negotiable                                    10/28/2021   ............

Peter E Tavani
127 Liberty Dr
Newtown PA 18940

| Rec#: 489 | Emp#: 210 Peter E Tavani | | | | Period: 10/18/2021 | to | 10/24/2021 | Quarter: 4 | State: PA |
|---|---|---|---|---|---|---|---|---|---|
| Direct Deposit: 5969 | Date: 10/28/2021 | | | | | | | | |
| | Regular | Overtime | Premium | | Sick | Vacation | Holiday | Piece | |
| Rate: | 0.0000 | 0.0000 | 0.0000 | | | 0.00 | 0.00 | 0.00 | |
| Hours: | 40.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| Totals: | Hours | Gross Pay | Add-Ons | Deductions | | Net Pay | YTD Wages | Salary | 1,250.00 |
| | 40.00 | 1,250.00 | 0.00 | 248.94 | | 1,001.06 | 7,500.00 | | |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 77.50 | 465.00 | EE PAUC | Ded | 0.75 | 4.50 |
| Medicare | Ded | 18.13 | 108.78 | Local Services Tax | Ded | | 10.00 |
| Federal Income Tax | Ded | 101.68 | 610.08 | Newtown Twp | Ded | 12.50 | 75.00 |
| PA State Income Tax | Ded | 38.38 | 230.28 | | | | |