**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Peter E. Tavani**<br>Debtor | CASE NO.: 21-11689-mdc |
| | HEARING DATE: January 13, 2022 |
| | HEARING TIME: 11:00 A.M. |

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B ("Movant") has filed a Motion for Loan Modification Approval with respect to real Mortgaged Premises located at 127 Liberty Drive, Newtown, PA 18940.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the modification offered in the motion or if you want the Court to consider your views on the motion, then on or before December 30, 2021, you or your attorney must do all of the following:

    (a) file an answer explaining your position at:
    U.S. Bankruptcy Court
    Eastern District of Pennsylvania
    Robert N.C. Nix Sr. Federal Courthouse
    900 Market Street, Suite 204
    Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

{Y0602217; 1}

      (b)      mail a copy to the Movant's Attorney:
                    Kaitlin D. Shire, Esquire
                    Hill Wallack, LLP
                    777 Township Line Road, Suite 250
                    Yardley, PA 19067
                    Telephone 215-579-7700
                    Facsimile 215-579-9248
                    Email: kshire@hillwallack.com

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Chief Judge Magdeline D. Coleman on January 13, 2022 at 11:00 a.m., Courtroom #2, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

                    <u>By:  /s/ Kaitlin D. Shire</u>
                    Kaitlin D. Shire, Esq., Attorney ID 324226
                    Hill Wallack, LLP
                    777 Township Line Road, Suite 250
                    Yardley, PA 19067
                    Telephone 215-579-7700
                    Email: kshire@hillwallack.com

{Y0602217; 1}