United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11689-mdc |
| Peter E. Tavani | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 07, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter E. Tavani, 127 Liberty Drive, Newtown, PA 18940-1147 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Tredyffrin/Easttown School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | c/o FCI Lender Srvc Wilmington Savings Fund Societ, PO Box 27370, Anaheim Hills, CA 92809-0112 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2022            Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HOWARD GERSHMAN | on behalf of Creditor Glenhardie Condominium Association hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| JAMES RANDOLPH WOOD | on behalf of Creditor Tredyffrin/Easttown School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JONATHAN C. SCHWALB | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com |
| KAITLIN D. SHIRE | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B kshire@hillwallack.com, lharkins@ecf.courtdrive.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: pdf900 | Total Noticed: 4 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust lmoyer@friedmanvartolo.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ldoyle@milsteadlaw.com  bankruptcy@friedmanvartolo.com

MICHAEL J. SHAVEL
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B mshavel@hillwallack.com,
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHAEL P. KELLY
    on behalf of Debtor Peter E. Tavani mpkpc@aol.com  r47593@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Peter E. Tavani<br>Debtor<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust<br>Movant<br>v.<br><br>Peter E. Tavani<br>Kenneth E. West - Trustee<br>Respondents | Case No.: 21-11689-mdc<br><br>Chapter: 13<br><br>Judge: Magdeline D. Coleman<br><br>Hearing Date: March 1, 2022 at 10:30 am |

**CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

March 7, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

| | |
|---|---|
| Applicant: | SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Michael P. Kelly, Esquire |
| Property (Collateral): | 214 Drummers Lane, Wayne, PA 19087 |

Relief Sought:

- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of Arrearages:

- The Debtor is due for **5** months, from **October 14, 2021 to February 14, 2022.**
- The Debtor is due for **5** payments at **$1,077.79** per month.
- The Debtor is due for **$2,183.50** in taxes to Easttown School District, which Applicant has agreed to disburse.
- Fees and costs at **$1,238.00**
- NSF fees of **$90.00**
- Accrued Late Charges of **$302.48**
- Suspense Balance is **$1,025.58**

    Total Arrearages Due: **$8,177.35**

2. Cure for Post-Petition Arrearages:

- The total arrears in the amount of **$8,177.35** will be payable through a modified Chapter 13 Plan to be filed within fourteen (14) days of the entry of this Order.
- Beginning on **March 14, 2022**, regular monthly payments shall resume in the amount of **$1,077.79**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

| | |
|---|---|
| Payments: | SN Servicing Corporation<br>P.O. Box 660820<br>Dallas, TX 75266 |

In the event of default:

If the Debtor fails to timely file a modified plan as specified above, or fails to make the regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may send Debtor and Debtor's attorney a notice of default, and the Debtor shall have ten (10) days from the date of the notice to cure said default. If the default is not cured timely cured, Movant may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

| | |
|---|---|
| _____ | /s/ Lauren M. Moyer |
| Michael P. Kelly, Esquire | Lauren M. Moyer, Esquire |
| *Attorney for Debtor* | *Attorney for Secured Creditor* |

No Objection - Without Prejudice to Any Trustee Rights or Remedies

/s/ LeeAne O Huggins   March 1, 2022
_____
Kenneth E. West
*Trustee*