UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Peter E. Tavani

: No. 21-11689-MDC
: CHAPTER 13
:

## CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the **Third Amended** Chapter 13 Plan upon all priority creditors, all secured creditors, the Chapter 13 Trustee, the United States Trustee and on all other creditors that filed a request for notice or who are adversely affected by the changes to the original plan on the **16th day of March, 2022** by electronic mail and/or first class mail, postage prepaid.

BY:   /s/ Michael P. Kelly
MICHAEL P. KELLY, ESQ.
202 PENNS SQUARE
LANGHORNE, PA. 19047
(215) 741-1100

## SERVICE LIST

US TRUSTEE BY CM/ECF

CHAPTER 13 TRUSTEE BY CM/ECF

REBECCA ANN SOLARZ at bkgroup@kmllawgroup.com

HOWARD GERSHMAN at hg229ecf@gmail.com

LORRAINER GAZZARA DOYLE at ldoyle@milsteadlaw.com

JONATHAN C SCHWALB at bankruptcy@friedmanvartolo.com

JAMES RANDOLPH WOOD at jwood@portnoffonline.com

MICHAEL J. SHAVEL at mshavel@hillwallack.com

PA DEPARTMENT OF REVENUE
PO BOX 280501
HARRISBURG, PA 17128

SANTANDER CONSUMER USA
PO BOX 961245
FORT WORTH, TX 76161

WILIMINGTON SAVINGS FUND
3020 OLD RANCH PKWY
SEAL BEACH, CA 90740

PORTFOLIO RECOVERY
PO BOX 41067
NORFOLK, VA 23541

GLENHARDIE CONDO ASSOC
C/O PENNCO MANAGEMENT
PO BOX 1119
CHADDS FORD, PA 19317

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101

US BANK NATIONAL ASSOC
C/O SN SERVICING
323 FIFTH STREET
EUREKA, CA 95501

TREDYFFRIN/EASTTOWN SCHOOL DIST
C/O PORTNOFF LAW ASSOCIATES
PO BOX 3020
NORRISTOWN, PA 19404



INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

CAPITAL ONE BANK NA
4515 N SANTA FE AVENUE
OKLAHOMA CITY, OK 73118

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON, TX 75001

NATIONAL CREDIT ADJUSTERS
ATTN BANKRUPTCY DEPT
PO BOX 3023
HUTCHINSON, KS 67504

OLIPHANT FINANCIAL LLC
BASS & ASSOCIATES PC
3936 E FT LOWELL RD
SUITE 200
TUCSON, AZ 85712

VERIZON
By AMERICAN INFO SERVICE
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118