UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  PETER E TAVANI

NO. 21-11689 MDC
CHAPTER 13

PRAECIPE TO WITHDRAW OBJECTION OF GLENHARDIE
CONDOMINIUM ASSOCIATION TO CONFIRMATION

TO THE CLERK:

In consideration of Debtor's Third Amended Plan [Doc 70], please mark the Objection to Confirmation of Glenhardie Condominium Association [Doc 27]

March 16, 2022

GERSHMAN LAW OFFICES, PC

/s/ Howard Gershman
_____
Howard Gershman
610 York Road, Ste. 200
Jenkintown, PA 19046
215.886.1120

CC:
Kenneth E West, Trustee
Michael P. Kelly, Esquire