UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

March 28, 2022

To:   ANGELA CATHERINE PATTISON
      Hill Wallack, LLP
      1415 Route 70 East
      Suite 309
      Cherry Hill, NJ 08034

                              In re:  Peter E. Tavani
                              Bankruptcy No.  21-11689-mdc
                              Chapter 13

Re: **Motion for Relief from Stay**

The above document was filed in this office on **March 25, 2022.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- ( )   Voluntary Petition
- ( )   Adversary Proceeding
- ( )   $31.00 Filing Fee for Amendments
- ( )   $25.00 Claims Transfer Fee
- ( **X** )   Motion Filing Fee ($188.00)

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                    Timothy B. McGrath
                    Clerk


                    By:   /s/ Sara I. Roman
                          Deputy Clerk

*Fee Notice*
*(11/26/18)*