United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-11689-mdc

Peter E. Tavani     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Apr 21, 2022     Form ID: 155     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter E. Tavani, 127 Liberty Drive, Newtown, PA 18940-1147 |
| 14615304 | + | Bank of America, PO Box 982284, El Paso, TX 79998-2284 |
| 14620783 | + | Carisbrook Asset Holding Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14615305 | + | Carisbrook Asset Holding Trust, 5016 Parkway Plaza Bkvd, Bldg 6&8, Charlotte, NC 28217-1932 |
| 14615307 | + | Glenhardie Condo Assoc, C/O Pennco Management, PO Box 1119, Chadds Ford, PA 19317-0658 |
| 14627306 | + | Glenhardie Condominium Association, c/o HOWARD GERSHMAN, Gershman Law Offices, PC, 610 York Road, Suite 200 Jenkintown, PA 19046-2867 |
| 14615310 | + | Lynch Law Group, 501 Smith Drive, Suite 3, Cranberry Twp, PA 16066-4133 |
| 14615312 | + | Pa. Department of Revenue, PO Box 280501, Harrisburg, PA 17128-0501 |
| 14615313 | + | Penns Courts Property Association, Binder & Canno LLC, 803 W Market Street, West Chester, PA 19382-1953 |
| 14622152 | ++ | ROUNDPOINT MORTGAGE SERVICING CORPORATION, 446 WRENPLACE ROAD, FORT MILL SC 29715-0200 address filed with court:, RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14628335 | + | SN Servicing Corporation, as servicer for U.S. Bank Trust ..., c/o Lorraine Gazzara Doyle, Esq., Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160 Garden City, NY 11530-1631 |
| 14615316 | + | Tredyffrin/Easttown School District, PO Box 3020, Norristown, PA 19404-3020 |
| 14634643 | + | Tredyffrin/Easttown School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14634644 | + | Tredyffrin/Easttown School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14615318 | + | Wells Fargo Small Business Lending, PO Box 29482, Phoenix, AZ 85038-9482 |
| 14631770 | + | Wilmington Savings Fund Society, FSB, as, Owner Trustee of the, Residential Credit Opportunities Trust V, AMIP Management, 3020 Old Ranch Parkway, Suite 180 Seal Beach, CA 90740-2799 |
| 14632920 | | Wilmington Savings Fund Society, FSB/, c/o MICHAEL J. SHAVEL, Hill Wallack, LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14615304 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 21 2022 23:55:00 | Bank of America, PO Box 982284, El Paso, TX 79998-2284 |
| 14615306 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 21 2022 23:55:00 | Citizens Bank NA, One Citizens Bank Way, JCA 115, Johnston, RI 02919 |
| 14615308 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2022 23:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14615309 | + | Email/Text: support@ljross.com | Apr 21 2022 23:55:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 Universal Way, Po Box 6099, Jackson, MI 49204-6099 |
| 14615311 | | Email/Text: camanagement@mtb.com | Apr 21 2022 23:55:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14615966 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 21 2022 23:55:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14615314 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 00:02:55 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14625457 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 21-11689-mdc   Doc 87   Filed 04/23/22   Entered 04/24/22 00:28:38   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: 155 | Total Noticed: 27 |

|  |  |  |  |
|---|---|---|---|
|  |  | Apr 22 2022 00:02:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14622152 | Email/Text: bankruptcy@roundpointmortgage.com | Apr 21 2022 23:55:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14615315 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 21 2022 23:55:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14629172 | + Email/Text: bknotices@snsc.com | Apr 21 2022 23:55:00 | U.S. Bank Trust National Association, as Trustee Cabana Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14615317 | + Email/Text: bknotices@snsc.com | Apr 21 2022 23:55:00 | US Bank NA, C/OSN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14618362 | *+ | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2022            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| HOWARD GERSHMAN | on behalf of Creditor Glenhardie Condominium Association hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JAMES RANDOLPH WOOD | on behalf of Creditor Tredyffrin/Easttown School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JONATHAN C. SCHWALB | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com |
| KAITLIN D. SHIRE | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B kshire@hillwallack.com, lharkins@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 21, 2022 | Form ID: 155 | Total Noticed: 27 |

| | |
|---|---|
| | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust lmoyer@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | |
| | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ldoyle@milsteadlaw.com  bankruptcy@friedmanvartolo.com |
| MICHAEL J. SHAVEL | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| MICHAEL P. KELLY | |
| | on behalf of Debtor Peter E. Tavani mpkpc@aol.com  r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Peter E. Tavani
       Debtor(s)

Chapter: 13
Bankruptcy No: 21−11689−mdc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 21st day of April 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Magdeline D. Coleman
                                              Chief Judge ,
                                              United States Bankruptcy Court

                                                                                  86 – 22
                                                                                 Form 155