UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>**Peter E. Tavani**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 21-11689-mdc |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

     **AND NOW**, this  2nd   day of     June     2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Case Administrator to mail:

Cc:    Kenneth E. West, Chapter 13 Trustee
        Debtor: Peter E. Tavani at 127 Liberty Drive, Newtown, PA 18940
        Counsel for Debtor: Michael P. Kelly, Esquire,
        Counsel for Movant: Angela C. Pattison, Esquire