United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 21-11689-mdc
Peter E. Tavani     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 02, 2022     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter E. Tavani, 127 Liberty Drive, Newtown, PA 18940-1147 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Tredyffrin/Easttown School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | c/o FCI Lender Srvc Wilmington Savings Fund Societ, PO Box 27370, Anaheim Hills, CA 92809-0112 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:

**Name     Email Address**

ANGELA CATHERINE PATTISON
    on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B apattison@hillwallack.com, apattison@ecf.courtdrive.com

HOWARD GERSHMAN
    on behalf of Creditor Glenhardie Condominium Association hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

JAMES RANDOLPH WOOD
    on behalf of Creditor Tredyffrin/Easttown School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JONATHAN C. SCHWALB
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 02, 2022 | Form ID: pdf900 | Total Noticed: 4 |

KAITLIN D. SHIRE
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B kshire@hillwallack.com, lharkins@ecf.courtdrive.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust lmoyer@friedmanvartolo.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ldoyle@milsteadlaw.com bankruptcy@friedmanvartolo.com

MICHAEL J. SHAVEL
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHAEL P. KELLY
    on behalf of Debtor Peter E. Tavani mpkpc@aol.com r47593@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| IN RE:<br>**Peter E. Tavani**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 21-11689-mdc |
|---|---|

### ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, this  2nd   day of    June     2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Case Administrator to mail:

Cc:   Kenneth E. West, Chapter 13 Trustee
      Debtor: Peter E. Tavani at 127 Liberty Drive, Newtown, PA 18940
      Counsel for Debtor: Michael P. Kelly, Esquire,
      Counsel for Movant: Angela C. Pattison, Esquire