UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:                                                                                          :  BKY. 21-11689-MDC
PETER E. TAVANI                                                                :
                                                                                                 :  CHAPTER 13

MOTION TO MODIFY PLAN AFTER CONFIRMATION

1. Debtor, PETER E. TAVANI filed a Chapter 13 Petition of June 15, 2021.

2. This court has jurisdiction over this Motion filed pursuant to 11 USC Section 1329 to allow the filing of a Modified Plan after confirmation.

3. This Plan is being filed as a result of the following:

   a. Debtor fell behind in his Trustee payments as a result of debtor's spouse changing jobs and falling behind in mortgage payments;

   b. Debtor has resolved the mortgage payment arrears and debtor's spouse has new employment; and

   c. The household income should be sufficient to make the Trustee payments going forward.

4. As a result of same, debtors propose to modify the Plan to increase the monthly payments going forward to $2,415.00 per month.

5. Debtor's proposed modified plan does not pay unsecured creditors less than the confirmed plan.

**WHEREFORE**, debtor respectfully requests that the court to approve the Modified Plan.

BY: /s/ **Michael P. Kelly**
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Boulevard
Langhorne, PA   19047
(215) 741-1100
fax (215) 741-4029
Email:  mpk@CowanandKelly.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: : BKY. 21-11689-MDC
PETER E. TAVANI :
: CHAPTER 13

### ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan (Doc. #__) and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Debtors' Amended Chapter 13 Plan (Doc. __) is APPROVED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: : BKY. 21-11689-MDC
PETER E. TAVANI :
: CHAPTER 13

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

PETER E. TAVANI have filed a <u>Motion</u> with the court <u>to Modify Plan after Confirmation</u>.

1. **<u>Your rights may be affected</u>.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2.. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **<u>July 21, 2022</u>** you or your attorney must file a response to the Motion. *(see Instructions on next page).*

3. **A hearing on the Motion** is scheduled to be held on **<u>July 28, 2022</u> at <u>11:00 a.m</u>. in Courtroom <u>#2</u>, U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107. Currently these hearing are being held by telephone. Check the Court's website for any updates and telephone numbers.**

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.**

8. **If you are not required to file electronically**, you must file your response at:

    U.S. Bankruptcy Court, Robert N.C. Nix Building
    900 Market Street, Suite 400,
    Philadelphia, Pennsylvania 19107.

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the stated in paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

    Michael P. Kelly, Esquire
    Suite 202 - Penn's Square
    402 Middletown Boulevard
    Langhorne, PA 19047
    phone (215) 741-1100
    fax (215) 741-4029
    Email:   mpk@cowanandkelly.com