## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: | : BKY. 21-11689-MDC |
| PETER E. TAVANI | : |
| | : CHAPTER 13 |

### CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served the Trustee, all priority creditors, all secured creditors, all creditors from the claims docket, and other parties in interest with a true and correct copy of the Modified Plan, Motion to Modify Plan after Confirmation and Notice of Motion, Response Deadline and Hearing Date on June 30, 2022, by first class mail, postage prepaid and/or electronic service.


June 30, 2022          By: /s/ Michael P. Kelly
                           Michael P. Kelly, Esquire
                           Suite 202 - Penn's Square
                           402 Middletown Boulevard
                           Langhorne, PA    19047
                           (215) 741-1100-
                           Fax (215) 741-4029
                           Email:  mpk@cowanandkelly.com

SERVICE LIST

US TRUSTEE BY CM/ECF

CHAPTER 13 TRUSTEE BY CM/ECF

REBECCA ANN SOLARZ at bkgroup@kmllawgroup.com

HOWARD GERSHMAN at hg229ecf@gmail.com

LORRAINER GAZZARA DOYLE at ldoyle@milsteadlaw.com

JONATHAN C SCHWALB at bankruptcy@friedmanvartolo.com

JAMES RANDOLPH WOOD at jwood@portnoffonline.com

MICHAEL J. SHAVEL at mshavel@hillwallack.com

PA DEPARTMENT OF REVENUE
PO BOX 280501
HARRISBURG, PA 17128

SANTANDER CONSUMER USA
PO BOX 961245
FORT WORTH, TX 76161

WILIMINGTON SAVINGS FUND
3020 OLD RANCH PKWY
SEAL BEACH, CA 90740

PORTFOLIO RECOVERY
PO BOX 41067
NORFOLK, VA 23541

GLENHARDIE CONDO ASSOC
C/O PENNCO MANAGEMENT
PO BOX 1119
CHADDS FORD, PA 19317

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101

US BANK NATIONAL ASSOC
C/O SN SERVICING
323 FIFTH STREET
EUREKA, CA 95501

TREDYFFRIN/EASTTOWN SCHOOL DIST
C/O PORTNOFF LAW ASSOCIATES
PO BOX 3020
NORRISTOWN, PA 19404


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

CAPITAL ONE BANK NA
4515 N SANTA FE AVENUE
OKLAHOMA CITY, OK 73118

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON, TX 75001

NATIONAL CREDIT ADJUSTERS
ATTN BANKRUPTCY DEPT
PO BOX 3023
HUTCHINSON, KS 67504

OLIPHANT FINANCIAL LLC
BASS & ASSOCIATES PC
3936 E FT LOWELL RD
SUITE 200
TUCSON, AZ 85712

VERIZON
By AMERICAN INFO SERVICE
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118