# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

RE:  : BKY. 21-11689-MDC
PETER E. TAVANI :
 : CHAPTER 13

## SUPPLEMENTAL CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served the Trustee, all priority creditors, all secured creditors, all creditors from the claims docket, and other parties in interest with a true and correct copy of the Modified Plan, Motion to Modify Plan after Confirmation and Notice of Motion, Response Deadline and Hearing Date WITH CORRECTED CASE NUMBER on July 5, 2022, by first class mail, postage prepaid and/or electronic service.

July 5, 2022                By: /s/ Michael P. Kelly
                                     Michael P. Kelly, Esquire
                                     Suite 202 - Penn's Square
                                     402 Middletown Boulevard
                                     Langhorne, PA    19047
                                     (215) 741-1100-
                                     Fax (215) 741-4029
                                     Email:  mpk@cowanandkelly.com