# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Peter E. Tavani | : BKY. NO.  21-11689                        : |

### CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received regarding the Motion to Modify Plan.

DATED: July 28, 2022

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA   19047
(215) 741-1100
Fax (215) 741-4029
Email:  mpk@cowanandkelly.com