UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: | : BKY. 21-11689-MDC |
| PETER E. TAVANI | : |
| | : CHAPTER 13 |

ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan (Doc. #98) and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Debtors' Amended Chapter 13 Plan (Doc. 97) is APPROVED.

BY THE COURT:

July 29, 2022

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge