UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   PETER E. TAVANI                                 NO.  21-11689 MDC
                                                          CHAPTER 13

ORDER APPROVING
STIPULATION IN RESOLUTION OF MOTION OF GLENHARDIE CONDOMINIUM\
ASSOCIATION FOR RELIEF FROM STAY [DOC. 114]

The Stipulation in Resolution of the Motion for Glenhardie Condominium Association submitted to the Court is hereby approved.

Date:  September 21, 2022

                                             BY THE COURT:

                                             _/s/ Magdeline D. Coleman_
                                             Magdeline D. Coleman
                                             Chief U.S. Bankruptcy Judge