United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-11689-mdc

Peter E. Tavani  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Sep 22, 2022      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter E. Tavani, 127 Liberty Drive, Newtown, PA 18940-1147 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| cr | + | c/o FCI Lender Srvc Wilmington Savings Fund Societ, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 14620783 | + | Carisbrook Asset Holding Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14615305 | + | Carisbrook Asset Holding Trust, 5016 Parkway Plaza Bkvd, Bldg 6&8, Charlotte, NC 28217-1932 |
| 14615307 | + | Glenhardie Condo Assoc, C/O Pennco Management, PO Box 1119, Chadds Ford, PA 19317-0658 |
| 14627306 | + | Glenhardie Condominium Association, c/o HOWARD GERSHMAN, Gershman Law Offices, PC, 610 York Road, Suite 200 Jenkintown, PA 19046-2867 |
| 14615310 | + | Lynch Law Group, 501 Smith Drive, Suite 3, Cranberry Twp, PA 16066-4133 |
| 14615312 | + | Pa. Department of Revenue, PO Box 280501, Harrisburg, PA 17128-0501 |
| 14615313 | + | Penns Courts Property Association, Binder & Canno LLC, 803 W Market Street, West Chester, PA 19382-1953 |
| 14628335 | + | SN Servicing Corporation, as servicer for U.S. Bank Trust ..., c/o Lorraine Gazzara Doyle, Esq., Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160 Garden City, NY 11530-1631 |
| 14615316 | + | Tredyffrin/Easttown School District, PO Box 3020, Norristown, PA 19404-3020 |
| 14634643 | + | Tredyffrin/Easttown School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14634644 | + | Tredyffrin/Easttown School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14631770 | + | Wilmington Savings Fund Society, FSB, as, Owner Trustee of the, Residential Credit Opportunities Trust V, AMIP Management, 3020 Old Ranch Parkway, Suite 180 Seal Beach, CA 90740-2799 |
| 14632920 | | Wilmington Savings Fund Society, FSB/, c/o MICHAEL J. SHAVEL, Hill Wallack, LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 22 2022 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14615304 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 22 2022 23:41:00 | Bank of America, PO Box 982284, El Paso, TX 79998-2284 |
| 14615306 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 22 2022 23:40:00 | Citizens Bank NA, One Citizens Bank Way, JCA 115, Johnston, RI 02919 |
| 14620783 | ^ | MEBN | Sep 22 2022 23:39:25 | Carisbrook Asset Holding Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14615308 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2022 23:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14615309 | + | Email/Text: support@ljross.com | Sep 22 2022 23:41:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 Universal Way, Po Box 6099, Jackson, MI 49204-6099 |
| 14615311 | | Email/Text: camanagement@mtb.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 22 2022 23:41:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14615966 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Sep 22 2022 23:41:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14615314 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 22 2022 23:52:29 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14625457 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 22 2022 23:52:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14622152 | | Email/Text: bankruptcy@roundpointmortgage.com | | |
| | | | Sep 22 2022 23:41:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14615315 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Sep 22 2022 23:41:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14629172 | | ^  MEBN | | |
| | | | Sep 22 2022 23:39:15 | U.S. Bank Trust National Association, as Trustee Cabana Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14615317 | | ^  MEBN | | |
| | | | Sep 22 2022 23:39:15 | US Bank NA, C/OSN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14615318 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Sep 22 2022 23:52:24 | Wells Fargo Small Business Lending, PO Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Tredyffrin/Easttown School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14618362 | *+ | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| HOWARD GERSHMAN | on behalf of Creditor Glenhardie Condominium Association hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 22, 2022 | Form ID: pdf900 | Total Noticed: 31 |

JAMES RANDOLPH WOOD
    on behalf of Creditor Tredyffrin/Easttown School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JONATHAN C. SCHWALB
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com

KAITLIN D. SHIRE
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B kshire@hillwallack.com, lharkins@ecf.courtdrive.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust lmoyer@friedmanvartolo.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ldoyle@milsteadlaw.com  bankruptcy@friedmanvartolo.com

MICHAEL J. SHAVEL
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHAEL P. KELLY
    on behalf of Debtor Peter E. Tavani mpkpc@aol.com  r47593@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PETER E. TAVANI                           NO. 21-11689 MDC
                                                         CHAPTER 13

ORDER APPROVING
STIPULATION IN RESOLUTION OF MOTION OF GLENHARDIE CONDOMINIUM\
ASSOCIATION FOR RELIEF FROM STAY [DOC. 114]

The Stipulation in Resolution of the Motion for Glenhardie Condominium

Association submitted to the Court is hereby approved.

Date: September 21, 2022

                                              BY THE COURT:

                                              */s/ Magdeline D. Coleman*
                                              Magdeline D. Coleman
                                              Chief U.S. Bankruptcy Judge