**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
PETER E. TAVANI :
: NO. 21-11689-MDC

## ORDER AWARDING SUPPLEMENTAL COUNSEL FEES AND/OR REIMBURSEMENT OF EXPENSES

**AND NOW,** upon consideration of Michael P. Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1,

IT IS **ORDERED** that supplemental compensation in the amount of **$900.00** and reimbursement of expenses in the amount of **$0** are awarded for the period of time of **05/27/2022 to 07/29/2022.** The trustee is authorized to pay the supplemental amount due of **$900.00** to the extent provided by the terms of the confirmed plan.

Dated:  October 25, 2022

MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge