# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 21-11689-MDC

PETER E. TAVANI

127 LIBERTY DRIVE

NEWTOWN, PA 18940

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PETER E. TAVANI

    127 LIBERTY DRIVE

    NEWTOWN, PA 18940

Counsel for debtor(s), by electronic notice only.

    MICHAEL P. KELLY, ESQ
    202 PENNS SQUARE
    SUITE 202
    LANGHORNE, PA 19047-

Date: 1/10/2023

    /S/ Kenneth E. West
    _____
    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee