UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PETER E TAVANI                                        NO. 21-11689 MDC
                                                          CHAPTER 13

ORDER GRANTING GLENHARDIE CONDOMINIUM ASSOCIATION RELIEF FROM STAY RE: 214 DRUMMER LAND, WAYNE, PA

      In consideration of the Certification of Breach of Stipulation approved by Order of this Court dated September 21, 2022, it is ORDERED:

      Effective immediately, with waiver of FRBP 4001(a)(3), Glenhardie Condominium Associations is granted relief from the automatic stays of the Bankruptcy Code, Sections 362 free to exercise its state law rights to enforce pre- and post-petitions condominium assessments and other rights allowed by the condominium documentation.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

February 8, 2023

Interested Parties:

Howard Gershman, Esquire
Gershman Law Offices, PC
135 Old York Road
Jenkintown, PA 19046

Kenneth E West, Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Michael P. Kelly, Esquire
Cowan & Kelly
402 Middletown Rd., Ste. 202
Langhorne, PA 19047