United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Peter E. Tavani  
Debtor

Case No. 21-11689-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Feb 22, 2023  Form ID: pdf900  Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter E. Tavani, 127 Liberty Drive, Newtown, PA 18940-1147 |
| cr | + | c/o FCI Lender Srvc Wilmington Savings Fund Societ, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 14615305 | + | Carisbrook Asset Holding Trust, 5016 Parkway Plaza Bkvd, Bldg 6&8, Charlotte, NC 28217-1932 |
| 14615307 | + | Glenhardie Condo Assoc, C/O Pennco Management, PO Box 1119, Chadds Ford, PA 19317-0658 |
| 14627306 | #+ | Glenhardie Condominium Association, c/o HOWARD GERSHMAN, Gershman Law Offices, PC, 610 York Road, Suite 200 Jenkintown, PA 19046-2867 |
| 14615310 | + | Lynch Law Group, 501 Smith Drive, Suite 3, Cranberry Twp, PA 16066-4133 |
| 14615312 | + | Pa. Department of Revenue, PO Box 280501, Harrisburg, PA 17128-0501 |
| 14615313 | + | Penns Courts Property Association, Binder & Canno LLC, 803 W Market Street, West Chester, PA 19382-1953 |
| 14615316 | + | Tredyffrin/Easttown School District, PO Box 3020, Norristown, PA 19404-3020 |
| 14634643 | + | Tredyffrin/Easttown School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14634644 | + | Tredyffrin/Easttown School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14631770 | + | Wilmington Savings Fund Society, FSB, as, Owner Trustee of the, Residential Credit Opportunities Trust V, AMIP Management, 3020 Old Ranch Parkway, Suite 180 Seal Beach, CA 90740-2799 |
| 14632920 | | Wilmington Savings Fund Society, FSB/, c/o MICHAEL J. SHAVEL, Hill Wallack, LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 23 2023 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Feb 23 2023 00:20:08 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| 14615304 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 23 2023 00:25:00 | Bank of America, PO Box 982284, El Paso, TX 79998-2284 |
| 14615306 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 23 2023 00:25:00 | Citizens Bank NA, One Citizens Bank Way, JCA 115, Johnston, RI 02919 |
| 14620783 | ^ | MEBN | Feb 23 2023 00:20:04 | Carisbrook Asset Holding Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14615308 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2023 00:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14615309 | + | Email/Text: support@ljross.com | Feb 23 2023 00:25:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 Universal Way, Po Box 6099, Jackson, MI |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 49204-6099 |
| 14615311 | | Email/Text: camanagement@mtb.com | Feb 23 2023 00:25:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14615966 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2023 00:25:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14615314 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2023 00:30:59 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14625457 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2023 00:30:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14622152 | | Email/Text: bankruptcy@roundpointmortgage.com | Feb 23 2023 00:25:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14628335 | ^ | MEBN | Feb 23 2023 00:20:07 | SN Servicing Corporation, as servicer for U.S. Bank Trust ..., c/o Lorraine Gazzara Doyle, Esq., Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14615315 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 23 2023 00:25:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14629172 | ^ | MEBN | Feb 23 2023 00:19:55 | U.S. Bank Trust National Association, as Trustee Cabana Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14615317 | ^ | MEBN | Feb 23 2023 00:19:57 | US Bank NA, C/OSN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14615318 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 23 2023 00:31:02 | Wells Fargo Small Business Lending, PO Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Tredyffrin/Easttown School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14618362 | *+ | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

**Name**                **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 31 |

ANGELA CATHERINE PATTISON
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B apattison@hillwallack.com, apattison@ecf.courtdrive.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Carisbrook Asset Holding Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

HOWARD GERSHMAN
    on behalf of Creditor Glenhardie Condominium Association hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

JAMES RANDOLPH WOOD
    on behalf of Creditor Tredyffrin/Easttown School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JONATHAN C. SCHWALB
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com

KAITLIN D. SHIRE
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B kshire@hillwallack.com, lharkins@ecf.courtdrive.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust lmoyer@friedmanvartolo.com

MICHAEL J. SHAVEL
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-B mshavel@hillwallack.com,
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHAEL P. KELLY
    on behalf of Debtor Peter E. Tavani mpkpc@aol.com  r47593@notify.bestcase.com

ROGER FAY
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust rfay@milsteadlaw.com  bkecf@milsteadlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                             Chapter 13
PETER  E. TAVANI

                Debtor              Bankruptcy No. 21-11689-MDC

## ORDER

**AND NOW**, this ____22nd____ day of _____February_____ 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_/s/ Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL P. KELLY, ESQ
202 PENNS SQUARE
SUITE 202
LANGHORNE, PA 19047-

Debtor:
PETER  E. TAVANI

127 LIBERTY DRIVE

NEWTOWN, PA 18940